**Troy Monge, Esq.** Attorney Bar #217035
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorneys for Adrienne Turner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE TURNER,<br><br>    Plaintiff,<br><br>v<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. SACV 16-01937 **JDE**<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES<br>AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND TWENTY DOLLARS and SEVENTY-SEVEN CENTS ($2,020.77), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated:   June 1, 2017

                                              _____
                                            HONORABLE JOHN D. EARLY
                                            UNITED STATES MAGISTRATE JUDGE